UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH GRAY (#114113)

VERSUS                                                CIVIL ACTION

N. BURL CAIN, ET AL                                   NUMBER 15-103-SDD-SCR

**<u>NOTICE</u>**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, June 3, 2015.

　　　　　　　　　　　　　　　　／s／ Stephen C. Riedlinger
　　　　　　　　　　　　　　　　STEPHEN C. RIEDLINGER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH GRAY (#114113)

VERSUS                                               CIVIL ACTION

N. BURL CAIN, ET AL                                  NUMBER 15-103-SDD-SCR

**MAGISTRATE JUDGE'S REPORT**

Before the court is the Motion for Default Judgment filed by plaintiff Kenneth Gray. Record document number 10. The motion is opposed.[1]

Plaintiff's motion is based only on the Clerk of Court's entry of a Rule 55(a), Fed.R.Civ.P., default against the defendants on April 30, 2015.[2] However, the defendants filed a Motion to Set Aside Entry of Default,[3] which motion was not opposed, and was granted.[4] Consequently, the plaintiff may no longer obtain a judgment solely by default. Plaintiff did not file with his motion and affidavit or evidence to support his claims against the defendants. Plaintiff's claims, which are based on allegations of denial of necessary medical care in violation of the Eighth

---

[1] Record document number 14.

[2] Record document number 8.

[3] Record document number 12.

[4] Record document number 20.

Amendment, cannot be established without presenting evidence. Moreover, apparently recognizing the need to produce evidence, the plaintiff subsequently file a Motion for Summary Judgment which he supported with several exhibits and his own affidavit.[5]

**RECOMMENDATION**

It is the recommendation of the magistrate judge that the Motion for Default Judgment filed by plaintiff Kenneth Gray be denied.

Baton Rouge, Louisiana, June 3, 2015.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[5] Record document number 15.