# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KENNETH GRAY (#114113)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 15-103-SDD-SCR

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated June 3, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Rule 12(b)(6) Motion to Dismiss*[3] is denied without prejudice to the Defendants moving to dismiss the Plaintiff's *Amended Complaint*.

Baton Rouge, Louisiana the 29 day of June, 2013.

*(signature)*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 24.
[3] Rec. Doc. 13.