UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH GRAY (#114113)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 15-103-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 4, 2016. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Motion for Summary Judgment*[4] will be denied, and the Defendants' *Motion for Summary Judgment*[5] will be granted, dismissing the Plaintiff's claims asserted against the Defendants without prejudice for failure to exhaust administrative remedies, pursuant to 42 U.S.C. § 1997(e).

Baton Rouge, Louisiana the 22 day of March, 2016.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 52.
[3] Rec. Doc. 53.
[4] Rec. Doc. 15.
[5] Rec. Doc. 41.